# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **MARJORIE SORRELL, individually and on behalf of all others similarly situated,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**COMENITY LLC; COMENITY BANK; COMENITY CAPITAL BANK; LENDING CLUB CORPORATION; LENDING CLUB PATIENT SOLUTIONS; and SPRINGSTONE FINANCIAL, LLC,**<br><br>    **Defendants.** | **CIVIL ACTION NO.**<br>**3:16-cv-34-CDL** |

## NOTICE OF SETTLEMENT

Defendants Comenity LLC, Comenity Bank, Comenity Capital Bank, Lending Club Corporation, and Springstone Financial, LLC, along with Plaintiff Marjorie Sorrell, hereby give notice that they have reached an agreement in principle to resolve all matters and individual claims pending between Plaintiff and Defendant.  The parties respectfully request forty five (45) days to memorialize the settlement and file the necessary papers to dismiss the claims between them.

Respectfully submitted this 18th day of July, 2016.

>  *s/ R. Frank Springfield* _____
>  R. Frank Springfield
>  Georgia Bar No. 316045
>  fspringf@burr.com
>  BURR & FORMAN, LLP
>  420 North 20th Street, Suite 3400
>  Birmingham, Alabama  35203
>  Telephone:  (205) 251-3000
>  Facsimile:  (205) 458-5100

27752593 v1

*Attorney for Defendants*
COMENITY LLC, COMENITY BANK,
COMENITY CAPITAL BANK, COMENITY
SERVICING LLC, SPRINGSTONE FINANCIAL,
LLC D/B/A LENDING CLUB PATIENT
SOLUTIONS AND LENDINGCLUB
CORPORATION


*s/ Adam P. Plant* _____
Robert E. Battle (ASB-7322-N73H)
Harlan F. Winn III (ASB-7322-N73H)
Adam P. Plant (ASB-6324-A64P)
rbattle@battlewinn.com
hwinn@battlewinn.com
aplant@battlewinn.com
BATTLE & WINN LLP
2901 Second Avenue South, Suite 220
Birmingham, AL 35233
Telephone: (205) 397-8160
Facsimile: (205) 397-8179
*Attorneys for Plaintiff*

Ben F. Windham
Georgia Bar No. 770195
ben@windhamlaw.com
3838 Highway 42
Locust Grove, Georgia 30248
Telephone: (678) 565-8686
Facsimile: (678) 565-8949
*Attorney for Plaintiff*

27752593 v1