IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MARJORIE SORRELL, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>COMENITY LLC; COMENITY BANK; COMENITY CAPITAL BANK; LENDING CLUB CORPORATION; LENDING CLUB PATIENT SOLUTIONS; and SPRINGSTONE FINANCIAL, LLC,<br><br>   Defendants. | CIVIL ACTION NO.<br>3:16-cv-34-CDL |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Marjorie Sorrell ("Plaintiff") and Defendants Comenity, LLC, Comenity Bank, Comenity Capital Bank, Comenity Servicing, LLC, Springstone Financial, LLC d/b/a Lending Club Patient Solutions and LendingClub Corporation ("Defendants"), hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims asserted against all defendants in the above-styled action, with the parties to bear their own attorneys' fees, costs, and expenses. This Joint Stipulation of Dismissal concludes this matter in its entirety.

28272625 v1

Respectfully submitted this 4th day of October, 2016.

*s/ Adam P. Plant* (with permission) _____
Robert E. Battle (ASB-7322-N73H)
Harlan F. Winn III (ASB-7322-N73H)
Adam P. Plant (ASB-6324-A64P)
rbattle@battlewinn.com
hwinn@battlewinn.com
aplant@battlewinn.com
BATTLE & WINN LLP
2901 Second Avenue South, Suite 220
Birmingham, AL 35233
Telephone: (205) 397-8160
Facsimile: (205) 397-8179
*Attorneys for Plaintiff*

Ben F. Windham
Georgia Bar No. 770195
ben@windhamlaw.com
3838 Highway 42
Locust Grove, Georgia 30248
Telephone: (678) 565-8686
Facsimile: (678) 565-8949
*Attorney for Plaintiff*


*/s/ R. Frank Springfield*_____
R. Frank Springfield
Georgia Bar No. 316045
fspringf@burr.com
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100

*Attorney for Defendants*
COMENITY LLC, COMENITY BANK,
COMENITY CAPITAL BANK, COMENITY
SERVICING LLC, SPRINGSTONE FINANCIAL,
LLC D/B/A LENDING CLUB PATIENT
SOLUTIONS AND LENDINGCLUB
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Ben F. Windham<br>3838 Highway 42<br>Locust Grove, Georgia 30248<br>Tel: (678) 565-8686<br>Fax: (678) 565-8949<br>Email: ben@windhamlaw.com | Robert E. Battle (ASB-7322-N73H)<br>Harlan F. Winn III (ASB-7322-N73H)<br>Adam P. Plant (ASB-6324-A64P)<br>**BATTLE & WINN LLP**<br>2901 Second Avenue South, Suite 220<br>Birmingham, AL 35233<br>Tel.: (205) 397-8160<br>Fax: (205) 397-8179<br>Email: rbattle@battlewinn.com<br>hwinn@battlewinn.com<br>aplant@battlewinn.com |

*/s/ R. Frank Springfield*
OF COUNSEL